## 35579. JARVIS v. CROSS.

PER CURIAM.

The granting of Cross' petition for habeas corpus was reversed by this court in *Jarvis v. Cross,* 244 Ga. 61 (257 SE2d 510) (1979). Cross' motion in this court to stay the remittitur was denied. Subsequently, the trial court granted a motion by Cross to stay the execution of the warrant for his arrest. A trial court has no authority to

stay an arrest warrant in such a case.

*Judgment reversed. Nichols, C. J., Undercofler, P. J., Jordan, Hill, Bowles and Marshall, JJ., and Judge Charles L. Weltner, concur.*

ARGUED NOVEMBER 20, 1979 — DECIDED NOVEMBER 27, 1979.

*M. Randall Peek, District Attorney, Alton G. Hartley, C. David Wood, Assistant District Attorneys,* for appellant.

*Theodore S. Worozbyt,* for appellee.